NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,**
*Appellant*

**v.**

**NETFLIX, INC.,**
*Appellee*

---

2023-1750

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01298, IPR2021-01334, IPR2021-01335.

---

## JUDGMENT

---

DAN YOUNG, Quarles & Brady LLP, Highlands Ranch, CO, argued for appellant. Also represented by KENT DALLOW, MATTHEW CHRISTIAN HOLOHAN.

HARPER BATTS, Sheppard Mullin Richter & Hampton LLP, Menlo Park, CA, argued for appellee. Also represented by JEFFREY LIANG, CHRISTOPHER SCOTT PONDER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>November 6, 2024</u>
Date

Jarrett B. Perlow
Clerk of Court